AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00839-JHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Commissioner Danielle Outlaw (Police Commissioner)** was received by me on (date) **March 9, 2022**.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): **I personally served the summons at the Police Administration Building (Police Headquarters) to Police Officer Kenneth Downing (Comm. Outlaw's Aid and Security) who accepted service. 7:55 AM**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **4-4-22**

_Cytyl Ha____
Server's signature

**Crystal Harris**
Printed name and title

**5449 Charles St Phila Pa 19124**
Server's address

Additional information regarding attempted service, etc: