AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00839-JHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ADA Brian Kean__
was received by me on *(date)* __March 9, 2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __I personally served the summons at the District Attorney's office 3 S. Penn Sq. Phila. Pa and was made by DA's office security to serve Michael Arnold (DA's mailroom officer) who accepted service. 8:40 AM__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __4-4-22__

_Crystal Harris_ (signed)
Server's signature

__Crystal Harris__
Printed name and title

__5449 Charles St. Phila Pa 19124__
Server's address

Additional information regarding attempted service, etc: