AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00839-JHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Philadelphia, Patricia Cummings (ADA), (ADA) Brian Kean, Lawrence Krasner (DA), Police Commissioner Danielle Outlaw

was received by me on *(date)* March 9, 2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I personally served the summons to the City's Law office to Marley Reid who acceptd service (14th floor, 1515 Arch St.) 9:00AM. City Solicitor's office.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4/4/22

Server's signature

Crystal Harris
Printed name and title

5449 Charles St Phila., Pa 19124
Server's address

Additional information regarding attempted service, etc: