| | |
|---|---|
| **From:** | mrs.arharris1219 <mrs.arharris1219@gmail.com> |
| **Sent:** | Monday, April 4, 2022 2:24 PM |
| **To:** | PAED Documents |
| **Subject:** | Proof of service/ Civil Action # 22-cv-00839-JHS |
| **Attachments:** | 20220404_141348.jpg; 20220404_141326.jpg; 20220404_141309.jpg; 20220404_141248.jpg; 20220404_141217.jpg; 20220404_141158.jpg; 20220404_141535.jpg |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.