IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL HARRIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE KRASNER, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 22-839 |

# ORDER

**AND NOW**, this 14th day of September 2022, for the reasons stated by the Court on the record at the hearing held on this date, it is **ORDERED** that Plaintiff is **GRANTED** leave to file an Amended Complaint. It is further **ORDERED** that the Amended Complaint (Doc. No. 6-2) attached to Plaintiff's Answer Opposing Defendants' Motion to Dismiss (Doc. No. 6) is now the operative Complaint in the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.