IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL HARRIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LAWRENCE KRASNER, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 22-839 |

### ORDER

**AND NOW**, this 12th day of May 2023, upon consideration of Defendants Philadelphia District Attorney Office, District Attorney Larry Krasner, and Assistant District Attorney Brian Kean's ("Krasner and Kean") Motion to Dismiss the Amended Complaint (Doc. No. 23), Plaintiffs' Response in Opposition (Doc. No. 27), Defendants Kranser and Kean's Reply (Doc. No. 29), Plaintiff's Sur-Reply (Doc. No. 35), Defendant City of Philadelphia's ("City") Motion to Dismiss the Amended Complaint (Doc. No. 25), Plaintiffs' Response in Opposition (Doc. No. 30), and Defendant City's Reply (Doc. No. 33), it is **ORDERED** as follows:

1. Krasner and Kean's Motion to Dismiss the Amended Complaint (Doc. No. 23) is **GRANTED**.

2. The City's Motion to Dismiss the Amended Complaint (Doc. No. 25) is **GRANTED**.

3. The Clerk of Court shall close this case for statistical purposes.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.